## UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 14, 2013

Clerk, U.S. District Court
Eastern District of Michigan
231 West Lafayette Boulevard, 5th Floor
Detroit, MI 48226

**Transfer of Jurisdiction**

  Our Case #: 13cr7006-AJB
  Re:    Ramzi Yousef

Dear Clerk of the Court:

  Enclosed please find a signed copy of the Probation Form 22 transferring jurisdiction of supervised release for Defendant Ramzi Yousef to this District, the Southern District of California. We are requesting that the following documents be mailed to this District for our records:

    Copy of Any Recently Issued Unexecuted Arrest Warrant(s)
    Certified copy of indictment, information or complaint
    Certified copy of Judgment
    Certified copy of docket sheet
    Certified copy of any OSC's (Probation12C's or 12B's)

  Please acknowledge receipt of the above documents on the enclosed copy of this letter.

          Sincerely yours,

          W. Samuel Hamrick, Jr.
          Clerk of Court

          By: s/ J. Haslam
             J. Haslam, Deputy Clerk